IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FATIMA ALI )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CITY OF FAIRFAX, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:14-cv-01143 (TSE-JFA) |

## **NOTICE OF APPEARANCE**

Michele L. Joseph, Esq. of Surovell Isaacs Petersen & Levy, PLC, 4010 University Drive, Second Floor, Fairfax, VA 22030 hereby notes her appearance as counsel in this case on behalf of the Plaintiff, Fatima Ali.

Please copy her with all matters in this case.

Respectfully Submitted,

**FATIMA ALI**

_____/s/_____
Michele L. Joseph, Esq., VSB #34513
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
mjoseph@siplfirm.com
*Counsel for Plaintiff*

DATED:  April 4, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of April, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

Julia B. Judkins, VSB #22597
BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, VA  22030
Telehone:  (703) 385-1000
Facsimile:  (703) 385-1555
jjudkins@bmhjlaw.com

Maureen E. Cummins, VSB #85680
BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, VA  22030
Telehone:  (703) 385-1000
Facsimile:  (703) 385-1555
mcummins@bmhjlaw.com
*Counsel for Defendants*


_____/s/_____
Michele L. Joseph, Esq., VSB #34513
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
mjoseph@siplfirm.com
*Counsel for Plaintiff*