# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| FATIMA ALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:14-CV-01143-TSE-JFA |
| | ) |
| ROBERT COWDEN. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **JUDGMENT**

Pursuant to the unanimous jury verdict entered on Friday, April 10, 2015, and in accordance with Rule 58, Fed. R. Civ. P., JUDGMENT is hereby entered in favor of defendant ROBERT COWDEN and against plaintiff FATIMA ALI. The jury was polled individually and confirmed that judgment was in favor of defendant in this matter.

Alexandria, Virginia
April 10, 2015

FERNANDO GALINDO
Clerk

 /s/ M. Pham
Courtroom Deputy